IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael L. Scott,           ) | Civil Action No.: 5:05-3007-TLW-KDW |
| )  | |
| Plaintiff,     ) | |
| )  | |
| )  | ORDER |
| )  | |
| vs.             ) | |
| )  | |
| Michael J. Astrue, Commissioner of   ) | |
| Social Security Administration,       ) | |
| )  | |
| Defendant.    ) | |

On October 21, 2005, Plaintiff, appearing through counsel, filed this social security appeal. (Entry 1.) On July 17, 2006, the court remanded this matter to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g). (Entry 15.) On November 2, 2011, the court granted the Commissioner's motion to reopen the case. (Entries 16, 18.) The Commissioner filed an answer and the administrative transcript on November 10, 2011 (Entry 19), and Plaintiff's brief in support of his appeal was due December 15, 2011. *See id.*, Local Rule 83.VII.04 (D.S.C.). To date, Plaintiff has not filed his brief. Accordingly, it appears to the court that he may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **February 6, 2012**. Plaintiff is advised that if he fails to comply with this deadline, this undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b). Additionally, because of the age of this appeal, all parties are advised that the court will not extend any remaining deadlines.

IT IS SO ORDERED.

January 23, 2012                                     Kaymani D. West
Florence, South Carolina                         United States Magistrate Judge